**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2021-CA-0334

Omega General Construction, L.L.C.

- - Versus - -

Recreation and Parks Commission for the Parish of East
Baton Rouge

19th Judicial District Court
Case #: 699083
East Baton Rouge Parish

On Application for Rehearing filed on   01/05/2022 by Omega General Construction, L.L.C.

Rehearing _____ DENY _____

_P m_ _ _ _ _ JCW_
Page McClendon

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

Date  **FEB 1 0 2022**
_____
Rodd Naquin, Clerk